CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-372-EJY |
| Plaintiff, | **Stipulation to Continue the Preliminary Hearing (Eighth Request)** |
| v. | |
| MARIAN POENARU, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Michael V. Castillo, Esq., counsel for Defendant Marian Poenaru, that the preliminary hearing in the above-captioned matter for defendant, previously scheduled for February 4, 2022, at 4:00 p.m., be vacated and continued until a time convenient to the Court, but no earlier than 90 days from the current setting.

1.      Federal Rule of Criminal Procedure Rule 5.1(d) provides that "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits [for preliminary hearings] one or more times."

2.      Previously, the parties had agreed to a plea agreement, and agreed to continue the preliminary hearing in the instant matter to allow the court to review and consider the

1   plea agreement. A change of plea hearing was scheduled and held. However, at the hearing,

2   defendant changed his mind about the plea agreement and decided not to accept it.

3        3.     After his rejection of the plea agreement, the government was informed by

4   defense counsel that defendant has since had a change of heart, and asked if the government

5   was willing to enter into the same agreement once more, which the government agreed.

6   Defense counsel is conducting due diligence to ensure that defendant is completely sure

7   about his desire to enter into a plea agreement this time, so that he would not change his

8   mind again at the next change of plea hearing. As such, additional time is needed to submit

9   the plea agreement and to allow the court to consider whether to accept the plea.

10       4.     This continuance is not sought for the purposes of delay, but to allow the

11  parties an opportunity to resolve this matter pre-indictment.

12       5.     Defendant is in custody and agrees to the continuance.

13       6.     Denial of this request could result in a miscarriage of justice, and the ends of

14  justice served by granting this request outweigh the best interest of the public and the

15  defendants in a speedy trial.

16       7.     The additional time requested by this stipulation is excludable in computing

17  the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C.

18  § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

19       DATED this 31st day of January, 2022.

20  CHRISTOPHER CHIOU
    Acting United States Attorney

21

22  _s/Jim W. Fang_                              _s/ Michael V. Castillo_
    JIM W. FANG                                  MICHAEL V. CASTILLO, ESQ.
    Assistant United States Attorney             *Counsel for Defendant Poenaru*

23  *Counsel for the United States*

24

2

1
2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

3

UNITED STATES OF AMERICA,

4

Plaintiff,

5

v.

6

MARIAN POENARU,

7

Defendant.

Case No. 2:21-mj-372-EJY

**FINDINGS AND ORDER**

8      Based on the pending Stipulation between the defense and the government, and good

9   cause appearing therefore, the Court hereby finds that:

10      1.      The parties desire to continue the preliminary hearing to facilitate pre-

11   indictment resolution. A plea agreement is being finalized between the parties, and will be

12   submitted to the court for its consideration. The Court finds good cause to continue the

13   hearing to allow the parties to resolve this matter pre-indictment.

14      2.      Both counsel for defendant and counsel for the government agree to the

15   continuance.

16      3.      Defendant is in custody and agrees to the continuance.

17      4.      The continuance is not sought for the purposes of delay, but to allow the

18   parties to reach a potential resolution before the government moves forward with further

19   prosecution.

20      5.      Denial of this request could result in a miscarriage of justice, and the ends of

21   justice served by granting this request outweigh the best interest of the public and the

22   defendants in a speedy trial.

23
24

3

1    6.    The additional time requested by this stipulation is excludable in computing

2 the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C.

3 § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

4    THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the

5 above-captioned matter currently scheduled for February 4, 2022, at 4:00 p.m. be vacated

6 and continued to May 5, 2022, at 4:00 p.m. in Courtroom 3C.

7    DATED this 31st day of January, 2022.

8

9    _____
     HONORABLE ELAYNA J. YOUCHAH
10    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24